UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Denyse Merullo,
    Plaintiff

    v.               Case No. 11-cv-116-SM

Richard L. Greer,
    Defendant

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated July 25, 2011, no objection having been filed, for the reasons set forth therein.

The Clerk's entry of default (doc. no. 6) is hereby vacated. Plaintiff's motion for default judgment (doc. no. 7) is denied, her motion to amend the complaint (doc. no. 8) is granted. Service of the amended complaint will be made in accordance with the process outlined in the Report and Recommendation.

    SO ORDERED.

August 12, 2011

                                            Steven J. McAuliffe
                                            Chief Judge

cc:    Gregory M. Krakeu, Esq.
        Donald C. Crandlemire, Esq.