UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Denyse Merullo</u>

       v.                                Case No. 11-cv-116-SM

<u>Ricky Don Greet</u>

O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 10, 2012, no objection having been filed, for the reasons set forth therein. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

        Plaintiff's motion for default judgment (document no. 17) is hereby granted. Plaintiff is awarded damages in the amount of $1,000.00, costs in the amount of $350.00, plus the cost of serving defendant Greer, subject to plaintiff's

production of satisfactory proof thereof.

    SO ORDERED.

March 12, 2012

        `/s/ Steven J. McAuliffe`
        _____
        Steven J. McAuliffe
        United States District Judge

cc:    Gregory M. Krakau, Esq.
       Donald C. Crandlemire, Esq.